IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TERRY L. LANGFORD,** : | |
|    Petitioner : | |
| : | No. 1:22-cv-01178 |
| v. : | |
| : | (Judge Kane) |
| **WARDEN THOMPSON,** : | |
|    Respondent : | |

# ORDER

**AND NOW**, on this 9th day of February, 2023, upon consideration of the amended petition (Doc. No. 19) for writ of habeas corpus, and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The amended petition (Doc. No. 19) for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**;

2. All other pending motions (Doc. Nos. 21, 25-27) are **DENIED**; and

3. The Clerk of Court is directed to **CLOSE** this case.

                                                                   s/ Yvette Kane
                                                                   Yvette Kane, District Judge
                                                                   United States District Court
                                                                   Middle District of Pennsylvania